L.B.F. 3015-6A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
   BARRIE A. HEIMBACH  :  Bankruptcy No. 18-14280 REF
   JOY L. HEIMBACH  :
                                                    :  Chapter 13
       Debtors  :

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
### WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) AND 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtors have filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Date: 8/14/18

David S. Gellert, Esquire
Attorney for Debtors

Date: 8/14/18

Barrie A. Heimbach
Debtor

Date: 8/14/18

Joy L. Heimbach
Debtor