# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    BARRIE A. HEIMBACH              :    Bankruptcy No. 18-14280 REF
    JOY L. HEIMBACH                 :
                                    :    Chapter 13
        Debtors         :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 10th day of December, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 16, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: December 10, 2018               s/ David S. Gellert
                                                    David S. Gellert, Esquire
                                                    David S. Gellert, P.C.
                                                    3506 Perkiomen Avenue
                                                    Reading, PA 19606
                                                    (610) 779-8000
                                                    Fax: (610) 370-1393
                                                    dsgrdg@ptdprolog.net