United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14280-ref
Barrie A. Heimbach                                                      Chapter 13
Joy L. Heimbach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR              Page 1 of 1              Date Rcvd: Dec 11, 2018
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db/jdb        +Barrie A. Heimbach,    Joy L. Heimbach,    8 Heather Court,    Douglassville, PA 19518-1400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:10:19      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Barrie A. Heimbach dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Joy L. Heimbach dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    BARRIE A. HEIMBACH                 :         Bankruptcy No. 18-14280 REF
    JOY L. HEIMBACH                    :
                                                  :         Chapter 13
        Debtors                    :

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, in the amount of $4,152.50 for compensation and the amount of $358.00 for reimbursement of expenses, is hereby approved; $1,310.00 of which has been paid.

BY THE COURT:

**Date: December 11, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge