# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barrie A. Heimbach<br>         Joy L. Heimbach<br>                    Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 18-14280 REF |
| Barrie A. Heimbach<br>Joy L. Heimbach<br>                    Debtor(s)<br><br>Scott Waterman<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **3/18/19**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

April 5, 2019