IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: BARRIE A. HEIMBACH<br>　　　JOY L. HEIMBACH<br>　　　**Debtors(s)** | CHAPTER 13<br><br>CASE NO. 18-14280 (ELF) |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>　　　**Moving Party** | HEARING DATE: **9-12-19 at 11:00 AM** |
| 　　　v. | 11 U.S.C. 362 |
| BARRIE A. HEIMBACH<br>JOY L. HEIMBACH<br>　　　**Respondent(s)** | |
| SCOTT F. WATERMAN<br>　　　**Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 15, 2019 (Doc. # 45) in the above matter is **APPROVED**.

Dated: 1 0 / 1 8 / 1 9

　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**