United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 18-14280-elf
Barrie A. Heimbach                                                 Chapter 13
Joy L. Heimbach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore         Page 1 of 1          Date Rcvd: Oct 21, 2019
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
```
db/jdb         +Barrie A. Heimbach,    Joy L. Heimbach,    8 Heather Court,    Douglassville, PA 19518-1400
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Santander Consumer USA Inc. dba Chrysler Capital,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:46:04      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Barrie A. Heimbach dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Joy L. Heimbach dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: BARRIE A. HEIMBACH ) | |
| JOY L. HEIMBACH ) | CHAPTER 13 |
| **Debtors(s)** ) | |
| ) | CASE NO. 18-14280 (ELF) |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | HEARING DATE: **9-12-19 at 11:00 AM** |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| BARRIE A. HEIMBACH ) | |
| JOY L. HEIMBACH ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 15, 2019 (Doc. # 45) in the above matter is **APPROVED**.

Dated: 1 0 / 1 8 / 1 9

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**