# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    BARRIE A. HEIMBACH              :        Bankruptcy No. 18-14280 ELF
    JOY L. HEIMBACH                 :
                                                :        Chapter 13
        Debtors                     :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 14th day of January, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 23, 2019 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor.

It is further certified that no other application for administrative expense has been filed.

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net