UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    BARRIE A. HEIMBACH : Bankruptcy No. 18-14280 ELF
    JOY L. HEIMBACH :
     : Chapter 13
    Debtors :

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,461.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**  1/16/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE