# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    BARRIE A. HEIMBACH | :   Chapter 13 |
|    JOY L. HEIMBACH | : |
| | :   Bankruptcy No. 18-14280 PMM |
|           Debtors | : |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 10$^h$ day of February, 2021, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Modify Chapter 13 Plan Under § 1329.

                                                                                                  s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net