UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   BARRIE A. HEIMBACH : Chapter 13
   JOY L. HEIMBACH :
: Bankruptcy No. 18-14280 PMM
       Debtors :

## ORDER APPROVING MODIFICATION OF PLAN
## UNDER § 1329

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #     )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Third Amended Chapter 13 Plan (**Doc. #66**) is **APPROVED**.

**Date: February 18, 2021**

*Patricia M. Mayer*
Patricia M. Mayer
United States Bankruptcy Judge