# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    BARRIE A. HEIMBACH | : | Bankruptcy No. 18-14280 PMM |
|    JOY L. HEIMBACH | : | |
| | : | Chapter 13 |
|    Debtors | : | |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 23rd day of March, 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated February 26, 2021 of the filing of the Second Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors.

                                                                             s/   David S. Gellert
                                                                             David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net