## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14280(PMM) |
| BARRIE A. HEIMBACH and | : | CHAPTER 13 |
| JOY L. HEIMBACH | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | MAY 4, 2021 AT 10:00 A.M. |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on April 7, 2021, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: April 7, 2021      By: /s/ Regina Cohen
                              Regina Cohen, Esquire
                              Attorneys for Ally Bank

## SERVICE LIST

David S. Gellert, Esquire
3506 Perkiomen Avenue
Reading, PA 19606
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Barrie A. Heimbach
Joy L. Heimbach
8 Heather Court
Douglassville, PA 19518

2235909v1