*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barrie A. Heimbach and Joy L. Heimbach
    Debtor(s)

Case No: 18–14280–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Resolving Motion For Stay Relief, RE: 2015 Jeep Grand Cherokee filed by Santander Consumer USA Inc. dba Chrysler Capital

on: 6/10/21

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 5/24/21

Timothy B. McGrath
Clerk of Court

91 – 90
Form 167