# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    BARRIE A. HEIMBACH | : | Chapter 13 |
|    JOY L. HEIMBACH | : | |
| | : | Bankruptcy No. 18-14280 PMM |
|          Debtors | : | |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 13$^h$ day of July, 2021, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Modify Chapter 13 Plan Under § 1329.

                                                     s/   David S. Gellert
                                                     David S. Gellert, Esquire
                                                     David S. Gellert, P.C.
                                                     3506 Perkiomen Avenue
                                                     Reading, PA 19606
                                                     (610) 779-8000
                                                     Fax: (610) 370-1393
                                                     dsgrdg@ptdprolog.net