UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    BARRIE A. HEIMBACH                  :        Chapter 13
    JOY L. HEIMBACH                     :
                                                    :        Bankruptcy No. 18-14280 PMM
                 Debtors              :

## ORDER APPROVING MODIFICATION OF PLAN
## UNDER § 1329

AND NOW, upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #     )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Fourth Amended Chapter 13 Plan **(Doc. #99)** is **APPROVED**.

**Date: July 15, 2021**

_Patricia M. Mayer_
**Patricia M. Mayer**
**United States Bankruptcy Judge**