# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
    BARRIE A. HEIMBACH            :     Bankruptcy No. 18-14280 PMM
    JOY L. HEIMBACH               :
                                  :     Chapter 13
        Debtors            :

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 10th day of August, 2021, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 19, 2021 of the filing of the Third Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors**.**

                                                    s/   David S. Gellert
                                                    David S. Gellert, Esquire
                                                    David S. Gellert, P.C.
                                                    3506 Perkiomen Avenue
                                                    Reading, PA 19606
                                                    (610) 779-8000
                                                    Fax: (610) 370-1393
                                                    dsgrdg@ptdprolog.net