**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|     BARRIE A. HEIMBACH | : | Bankruptcy No. 18-14280 PMM |
|     JOY L. HEIMBACH | : | |
| | : | Chapter 13 |
|     Debtors | : | |

# O R D E R

**AND NOW**, upon consideration of the Third Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,875.20** comprised of $1,815.00 in compensation and $60.20 in reimbursement of actual, necessary expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

*Patricia M. Mayer*

**Date:** 8/11/21

**PATRICIA A. MAYER**
**U.S. BANKRUPTCY JUDGE**