United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14280-pmm |
| Barrie A. Heimbach | Chapter 13 |
| Joy L. Heimbach | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barrie A. Heimbach, Joy L. Heimbach, 8 Heather Court, Douglassville, PA 19518-1400 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2021 23:26:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 11 2021 23:36:02 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 23:36:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 18-14280-pmm    Doc 113    Filed 08/13/21    Entered 08/14/21 00:33:50    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 12 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2021              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

**Name**             **Email Address**

DAVID S. GELLERT
                     on behalf of Debtor Barrie A. Heimbach dsgrdg@ptdprolog.net

DAVID S. GELLERT
                     on behalf of Joint Debtor Joy L. Heimbach dsgrdg@ptdprolog.net

KEVIN G. MCDONALD
                     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REGINA COHEN
                     on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
                     ECFMail@ReadingCh13.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
                     on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD CRAIG
                     on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    BARRIE A. HEIMBACH                     :          Bankruptcy No. 18-14280 PMM
    JOY L. HEIMBACH                            :
                                                    :          Chapter 13
        Debtors                              :

## O R D E R

**AND NOW**, upon consideration of the Third Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,875.20** comprised of $1,815.00 in compensation and $60.20 in reimbursement of actual, necessary expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

*Patricia M. Mayer*

**Date:** 8/11/21

                              **PATRICIA A. MAYER**
                              **U.S. BANKRUPTCY JUDGE**