| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-14280-PMM

BARRIE A  HEIMBACH
JOY L  HEIMBACH
8 HEATHER COURT
DOUGLASSVILLE  PA    19518

Petition Filed Date: 06/28/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $419.00 | | 05/03/2021 | $419.00 | | 06/07/2021 | $419.00 | |
| 07/06/2021 | $419.00 | | 08/02/2021 | $636.00 | 8/2/2021 | 09/07/2021 | $636.00 | |
| 10/05/2021 | $636.00 | | 11/04/2021 | $636.00 | | 12/06/2021 | $636.00 | |
| 01/03/2022 | $636.00 | | 02/04/2022 | $636.00 | | 03/07/2022 | $636.00 | |
| 04/06/2022 | $636.00 | | 05/05/2022 | $636.00 | | 06/07/2022 | $636.00 | |
| 07/12/2022 | $636.00 | | | | | | | |

**Total Receipts for the Period:  $9,308.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,315.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 17 | AMERICAN HERITAGE CREDIT UNION »» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $2,871.17 | $80.98 | $2,790.19 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $3,473.15 | $97.96 | $3,375.19 |
| 1 | ALLY FINANCIAL »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | BECKET & LEE, LLP »» 015 | Unsecured Creditors | $3,070.52 | $86.61 | $2,983.91 |
| 5 | CCAP AUTO LEASE LTD »» 005 | Secured Creditors | $15.66 | $15.66 | $0.00 |
| 12 | QUANTUM3 GROUP LLC as agent for »» 012 | Unsecured Creditors | $2,746.21 | $77.46 | $2,668.75 |
| 13 | QUANTUM3 GROUP LLC as agent for »» 013 | Unsecured Creditors | $3,504.07 | $98.84 | $3,405.23 |
| 14 | ECAST SETTLEMENT CORPORATION »» 014 | Unsecured Creditors | $1,399.30 | $39.47 | $1,359.83 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $510.74 | $0.00 | $510.74 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $4,040.82 | $113.97 | $3,926.85 |
| 4 | MIDFIRST BANK »» 004 | Mortgage Arrears | $341.73 | $341.73 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $3,834.01 | $108.15 | $3,725.86 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,642.99 | $46.35 | $1,596.64 |

**Chapter 13 Case No. 18-14280-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | TD BANK USA NA<br>»» 016 | Unsecured Creditors | $1,558.99 | $43.96 | $1,515.03 |
| 2 | WELLS FARGO<br>»» 002 | Unsecured Creditors | $7,826.77 | $220.79 | $7,605.98 |
| 3 | WELLS FARGO<br>»» 003 | Unsecured Creditors | $8,563.82 | $241.56 | $8,322.26 |
| 18 | DAVID S GELLERT ESQ<br>»» 018 | Attorney Fees | $3,200.50 | $3,200.50 | $0.00 |
| 18 | MIDFIRST BANK<br>»» 04P | Mortgage Arrears | $6,080.57 | $2,461.11 | $3,619.46 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,461.00 | $1,461.00 | $0.00 |
| 19 | CCAP AUTO LEASE LTD<br>»» 05P | Secured Creditors | $5,115.18 | $2,070.35 | $3,044.83 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $766.70 | $766.70 | $0.00 |
| 20 | ALLY FINANCIAL<br>»» 019 | Secured Creditors | $6,912.00 | $2,378.54 | $4,533.46 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,875.20 | $1,875.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,315.00 | Current Monthly Payment: | $636.00 |
| Paid to Claims: | $15,826.89 | Arrearages: | $217.00 |
| Paid to Trustee: | $1,473.70 | Total Plan Base: | $39,792.00 |
| Funds on Hand: | $14.41 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.