United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-14280-pmm
Barrie A. Heimbach  Chapter 13
Joy L. Heimbach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Apr 25, 2023      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barrie A. Heimbach, Joy L. Heimbach, 8 Heather Court, Douglassville, PA 19518-1400 |
| 14590786 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14129580 | + | American Heritage Credit Union, 540 Old Reading Pike, Pottstown, PA 19464-3732 |
| 14129581 | | Atlantic Credit and Finance, Inc., P. O. Box 2001, Warren, MI 48090-2001 |
| 14587392 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14359736 | + | Santander Consumer USA, INC, d/b/a Chrysler Capita, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14129601 | + | Wells Fargo Fin Nat Bank, P. O. Box 10475, Des Moines, IA 50306-0475 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 25 2023 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 25 2023 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14161118 | | Email/Text: ally@ebn.phinsolutions.com | Apr 25 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14620450 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14129579 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 25 2023 23:49:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 14194283 | + | Email/Text: broman@amhfcu.org | Apr 25 2023 23:49:00 | American Heritage Federal Credit Union, Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1603 |
| 14129582 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2023 23:49:00 | Boscov's, Comenity Capital Bank, P. O. Box 183043, Columbus, OH 43218-3043 |
| 14129583 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 23:54:53 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14173143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14191511 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2023 23:54:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14172476 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 18-14280-pmm    Doc 121    Filed 04/27/23    Entered 04/28/23 00:33:05    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 25 2023 23:49:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14129584 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Apr 25 2023 23:49:00 | Chrysler Capital, P. O. Box 961278, Fort Worth, TX 76161-0278 |
| 14129585 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 25 2023 23:49:00 | Comenity - New York & Co., Bankruptcy Department, P. O. Box 182125, Columbus, OH 43218-2125 |
| 14129586 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 25 2023 23:49:00 | Comenity - Victoria's Secret, Bankruptcy Dept., P. O. Box 182125, Columbus, OH 43218-2125 |
| 14129587 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 25 2023 23:54:49 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14129588 | + | Email/Text: dsgrdg@ptdprolog.net | | |
| | | | Apr 25 2023 23:49:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14129589 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 25 2023 23:54:49 | GAP, Synchrony Bank, P. O. Box 965004, Orlando, FL 32896-5004 |
| 14129590 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 25 2023 23:54:54 | HH Gregg, GE Capital Retail Bank, P. O. Box 965061, Orlando, FL 32896-5061 |
| 14129591 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Apr 25 2023 23:49:00 | Kohl"s, P. O. Box 3084, Milwaukee, WI 53201-3084 |
| 14129592 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Apr 25 2023 23:49:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14186127 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 25 2023 23:54:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14129593 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 25 2023 23:54:49 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14129594 | ^ | MEBN | | |
| | | | Apr 25 2023 23:46:48 | Mercantile Adjustment Bureau, P. O. Box 9055, Williamsville, NY 14231-9055 |
| 14495809 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Apr 25 2023 23:54:44 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14129595 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 25 2023 23:49:00 | Midland Credit Management, Inc., P. O. Box 13105, Roanoke, VA 24031-3105 |
| 14180937 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 25 2023 23:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14129596 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Apr 25 2023 23:49:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14162379 | ^ | MEBN | | |
| | | | Apr 25 2023 23:46:53 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14172201 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Apr 25 2023 23:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14129598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 25 2023 23:54:49 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14183950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 25 2023 23:54:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14188321 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 25 2023 23:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14131438 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 25 2023 23:54:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14191924 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 25 2023 23:49:00 | TD Bank USA, N.A., C O WEINSTEIN & |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14129599 | + | Email/Text: bncmail@w-legal.com | Apr 25 2023 23:49:00 | TD Bank USA, N.A., c/o Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14168028 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14129600 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Wells Fargo Fin Nat Bank, P. O. Box 10347, Des Moines, IA 50306-0347 |
| 14190046 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2023 23:54:55 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14129597 | ##+ | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID S. GELLERT
   on behalf of Debtor Barrie A. Heimbach dsgrdg@ptdprolog.net

DAVID S. GELLERT
   on behalf of Joint Debtor Joy L. Heimbach dsgrdg@ptdprolog.net

KEVIN G. MCDONALD
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

REGINA COHEN
   on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

District/off: 0313-4     User: admin     Page 4 of 4
Date Rcvd: Apr 25, 2023     Form ID: 138OBJ     Total Noticed: 45
TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barrie A. Heimbach and Joy L. Heimbach

        Debtor(s)

Case No: 18−14280−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/23