*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Barrie A. Heimbach and Joy L. Heimbach : Case No. 18–14280–pmm
     Debtor(s)

***ORDER***
_____

AND NOW, this day , July 10, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

128
Form 195